KURZMAN KARELSEN + FRANK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 18 July 2007 |
| NAME OF SERVER (PRINT) Benjamin G Hanson Jr | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served on Bruce P. Garey Esq. Registered Agent for Tano B Equipment Company Inc at 10985 Richardson Road Hanover County VA

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  18 July 2007        *Benjamin G. Hanson Jr*
                    Date                                  Signature of Server

7907 Hermitage Road Richmond VA 23228
Address of Server

3KKF-49010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PROVIDENCE ZUMBO, as Admistratrix of the
Estate of JOHN ZUMBO a/k/a JOHN D. ZUMBO,

V.

T. AND B. EQUIPMENT COMPANY, INC.;
ALLEN GEORGE ROTHENBERGER,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 6340

TO: (Name and address of Defendant)

T. and B. Equipment Company, Inc.
c/o Bruce P. Ganey (Reg. agent)
10985 Richardson Road
Ashland, VA 23005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kurzman Karelsen & Frank, LLP
230 Park Avenue
Suite 2300
New York, NY 10169

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE JUL 11 2007