Form 10 - AFFIDAVIT OF MAILING ONLY

**KURZMAN KARELSEN & FRANK ESQS**
ATTN:

U.S. SOUTHERN DIST. COURT        NEW YORK   COUNTY

---

PROVIDENCE ZUMBO, AS ADMINISTRATRIX    plaintiff
OF THE EST. OF JOHN ZUMBO AKA JOHN D. ZUMBO
- against -

T AND B EQUIPMENT COMPANY, INC.        defendant

---

Index No. **07CIV6340LMK**

Date Filed .............

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York. That on the **24th  day of July, 2007**  at a regular postal depository maintained by the United States at Church Street Station, New York, New York, deponent mailed the copy of

SUMMONS AND COMPLAINT
JUDGES RULES
ELECTRONIC FILING INSTRUCTIONS

to  ALLEN GEORGE ROTHENBERGER
the DEFENDANT at %T AND B EQUIPMENT COMPANY INS.
    11065 LEADBETTER RD, ASHLAND VA 230056

Copy mailed by 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me this
24th  day of  July, 2007ni

KENNETH WISSNER
Notary Public, State of New York
    No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No. 3KKF49012

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PROVIDENCE ZUMBO, as Admistratrix of the
Estate of JOHN ZUMBO a/k/a JOHN D. ZUMBO,

V.

T. AND B. EQUIPMENT COMPANY, INC.;
ALLEN GEORGE ROTHENBERGER,

**SUMMONS IN A CIVIL ACTION**

JUDGE McKENNA

CASE NUMBER:

**'07 CIV 6340**

AC

TO: (Name and address of Defendant)

Allen George Rothenberger
11065 Leadbetter Road
Ashland, VA 23005

c/o T and B Equipment Company Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kurzman Karelsen & Frank, LLP
230 Park Avenue
Suite 2300
New York, NY 10169

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 1 1 2007

CLERK _____   DATE

(By) DEPUTY CLERK