# LEWIS JOHS

Lewis Johs Avallone Aviles, LLP

Counsellors at Law

August 16, 2007

RECEIVED
IN CHAMBERS

AUG 17 2007

LAWRENCE

United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Attention: Honorable Lawrence M. McKenna

**Re:** Zumbo v. T&B Equipment Company, Inc. and Allen George Rothenberger
**Docket No.:** 07 CIV 6340
**LJAA File No.:** 0114-1070-NY00

Dear Judge McKenna:

This office has been retained to represent the defendants, T&B Equipment Company, Inc. and Allen George Rothenberger, in the above-referenced matter. Joseph Tucker, Esq. of the law office of Kurzman Karelsen & Frank, LLP, who represent the plaintiffs in this matter, has graciously consented to an extension of time for my office to file our answer on behalf of the defendants until September 10, 2007.

Accordingly, I respectfully request that you grant this request for an extension of time to file an answer on behalf of the defendants until September 10, 2007. Thank you for your consideration.

**MEMO ENDORSED**

Very truly yours,

John E. Horan
jehoran@lewisjohs.com
*New York City Office*

SO ORDERED:

_____ 8/17/07
Hon. Lawrence M. McKenna

JEH:mp

cc:

**Via Fax: 212-599-1759**
Kurzman Karelsen & Frank, LLP
230 Park Avenue, Suite 2300
New York, New York 10169

Attention: Joseph Tucker, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07

Robert J. Avallone
Deborah A. Aviles
Michael T. Colavecchio
Thomas J. Dargan
Robert W. Doyle, Jr.
Frederick C. Johs
Jason T. Katz
William J. Lewis
Eileen H. Libutti
Jeffrey M. Pincus
F. Sean Rooney
Marcy D. Sheinwold

Patrick Aurilia
Erika A. Bordan
Claudia L. Boyd
Meredith E. Canniff
Lawrence J. Freeze
Jennifer C. Friedrich
Jill A. Greenberg
Brian J. Greenwood
Christine B. Hickey
Tara M. Higgins
John E. Horan
Jessica Klotz
Michael G. Kruzynski
Erin M. Lawrence
Judith N. Littman
Daniel W. McCally
Michael Milchan
Greg M. Mondelli
Joseph M. Nador
CindyAnn Ross
Roslyn R. Ross
John B. Saville
Matthew D. Shwom
Patrick G. Toner

*Counsel*
Mark R. Aledort
Daniel A. Bartoldus
Marvin J. Bellovin
Brian Brown
Robert J. Cimino
Elizabeth A. Fitzpatrick
Roy F. Kaufman
Edward G. Lukoski
John F. Morrison
David B. Pevney
Ellen N. Savino
Milton Thurm