UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
                                    :
ZUMBO                               :        07 Civ. 6340 (LMM)
                                    :
              Plaintiff(s),         :
                                    :    CASE MANAGEMENT PLAN
         - against -                :    AND SCHEDULING ORDER
                                    :
T. & B. EQUIP. CO.                  :
                                    :
              Defendant(s).         :
                                    :
-----------------------------------x

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: 9/17/07         │
└─────────────────────────────┘
```

McKENNA, D.J.

1.   Referred to Magistrate Judge _____ for General Pretrial after
Initial Case Management Conference.

2.   ___ Complex      ___ Standard      ___ Expedited

3.   Initial document production to be completed by _____.

4.   Party depositions to be completed by _____.

5.   Third party depositions to be completed by _____.

6.   Parties and counsel to meet to discuss settlement by _____.

7.   Experts' reports to be served by _____.

8.   Experts' depositions to be completed by _____.

9.   All discovery to be completed by 4/30/08 .

10.  Next pretrial conference 1/28/08 at 3:30 A.M. .

11.  Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12.  Other directions:

Dated:   New York, New York
         9/17/07

                              SO ORDERED.


                              LAWRENCE M. McKENNA
                              U.S.D.J.