# LEWIS JOHS
Lewis Johs Avallone Aviles, LLP

May 30, 2008

Counsellors at Law

United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Attention: Honorable Lawrence M. McKenna

Robert J. Avallone
Deborah A. Aviles
Michael T. Colavecchio
Thomas J. Dargan
Robert W. Doyle, Jr.
Frederick C. Johs
Jason T. Katz
Michael G. Kruzynski
William J. Lewis
Eileen H. Libutti
Jeffrey M. Pincus
F. Sean Rooney
Marcy D. Sheinwold

Patrick Aurilia
Erika A. Bordan
Claudia L. Boyd
Anne M. Bracken
Meredith E. Canniff
Mara E. Cella
Christine A. Champey
Lawrence J. Freeze
Erica K. Fugelsang
Jennifer C. Friedrich
Jill A. Greenberg
Brian J. Greenwood
Christine B. Hickey
Tara M. Higgins
John E. Horan
Jessica Klotz
Theresa Scotto-Lavino
Erin M. Lawrence
Judith N. Littman
Daniel W. McCally
Michael Milchan
Robert Modica
Greg M. Mondelli
James F. Murphy
Joseph M. Nador
CindyAnn Ross
John B. Saville
Matthew D. Shwom
Adam H. Silverstone
Stacey E. Steinberg
Patrick G. Toner
Rebecca K. Vainder
Tina R. Zerilli

Counsel
Mark R. Aledort
Daniel A. Bartoldus
Marvin J. Bellovin
Brian Brown
Robert J. Cimino
Elizabeth A. Fitzpatrick
Edward G. Lukoski
John F. Morrison
David B. Pevney
Ellen N. Savino
Milton Thurm

Re: **Zumbo v. T&B Equipment Company, Inc. and Allen George Rothenberger**
Docket No.: 07 CIV 6340
LJAA File No.: 0114-1070-NY00

Dear Judge McKenna:

This office represents the defendants, T&B Equipment Company, Inc. and Allen George Rothenberger, in the above-referenced matter. Your Honor had previously extended discovery in this matter through June 13, 2008.

The plaintiff's deposition was held today and we have scheduled the deposition of the defendant-driver for June 11, 2008. However, the witness on behalf of the corporate defendant is expecting a baby in mid-June and we respectfully request that the Court allow the parties to conduct his deposition later in June 2008.

Joseph Tucker, Esq. of the law office of Kurzman Karelsen & Frank, LLP, who represent the plaintiffs in this matter, has graciously consented to our application to extend discovery until June 30, 2008.

Thank you for your kind consideration of this request. If Your Honor has any questions, please feel free to contact me.

Very truly yours,

John E. Horan
jehoran@lewisjohs.com
*New York City Office*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/08

SO ORDERED:

_____ 6/3/08
Hon. Lawrence M. McKenna

cc: **Via Fax: 212-599-1759**
    Joseph P. Tucker, Esq.

30 Vesey Street, 8th Floor, New York, NY 10007-4202   212.233.7195   Fax 212.233.7196   www.lewisjohs.com

New York   Melville   Riverhead