# MEMO ENDORSED



**LEWIS JOHS**
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

June 18, 2008

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Attention: Honorable Lawrence M. McKenna

**Re: Zumbo v. T & B Equipment Company, Inc. and Allen George Rothenberger**
**Docket No.: 07 CIV6340**
**LJAA File No.: 0114-1070-NYOO**

Dear Judge McKenna:

As you are aware, this office represents the defendants, T & B Equipment Company, Inc. and Allan George Rothenberger in the above-referenced matter. Your Honor had previously extended discovery in this matter through June 30, 2008.

Both the plaintiff's deposition and the deposition of the defendant, Allen George Rothenberger, have now been held. However, the witness on behalf of the corporate defendant is expecting a baby in late June and has respectfully requested that his deposition be scheduled in July 2008.

Joseph Tucker, Esq. of the law office of Kurzman Karelsen & Frank, LLP, who represents the plaintiff in this matter, has graciously consented to our application to extend discovery in this matter until July 31, 2008.

Thank you for your kind consideration of this request. If Your Honor has any questions, please feel free to contact me.

Very truly yours,

John E. Horan
jehoran@lewisjohs.com
*New York City Office*
JEH: ma

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

SO ORDERED:

_____ /M./L._____ 6/20/08
Honorable Lawrence M. McKenna

Robert J. Avallone
Deborah A. Aviles
Michael T. Colavecchio
Thomas J. Dargan
Robert W. Doyle, Jr.
Frederick C. Johs
Jason T. Katz
Michael G. Kruzynski
William J. Lewis
Eileen H. Libutti
Jeffrey M. Pincus
F. Sean Rooney
Marcy D. Sheinwold

Patrick Aurilia
Erika A. Bordan
Claudia L. Boyd
Anne M. Bracken
Mara E. Celia
Christine A. Champey
Lawrence J. Freeze
Erica K. Fugelsang
Jennifer C. Friedrich
Christina L. Geraci
Jill A. Greenberg
Brian J. Greenwood
Christine B. Hickey
Tara M. Higgins
John E. Horan
Jessica Klotz
Theresa Scotto-Lavino
Erin M. Lawrence
Judith N. Littman
Daniel W. McCally
Michael Milchan
Robert Modica
Greg M. Mondelli
James F. Murphy
Joseph M. Nador
CindyAnn Ross
John B. Saville
Matthew D. Shwom
Adam H. Silverstone
Stacey E. Steinberg
Patrick G. Toner
Rebecca K. Vainder

*Counsel*
Mark R. Aledort
Daniel A. Bartoldus
Marvin J. Bellovin
Brian Brown
Robert J. Cimino
Elizabeth A. Fitzpatrick
Edward G. Lukoski
John F. Morrison
Ellen N. Savino
Milton Thurm

30 Vesey Street, 8th Floor, New York, NY 10007-4202   212.233.7195   Fax 212.233.7196   www.lewisjohs.com

New York   Melville   Riverhead



**LEWIS JOHS**
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

Zumbo v. T&B Equipment Company, Inc., et al.
June 18, 2008
Page 2


cc: Joseph P. Tucker, Esq., facsimile # 212-599-1759