RECEIVED
IN CHAMBERS

AUG -8 ?

LAWRENCE M. McKENNA
USDJ    SDNY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

# LEWIS JOHS

Lewis Johs Avallone Aviles, LLP

Counsellors at Law

## MEMO ENDORSED

Robert J. Avallone
Deborah A. Aviles
Michael T. Colavecchio
Thomas J. Dargan
Robert W. Doyle, Jr.
Frederick C. Johs
Jason T. Katz
Michael G. Kruzynski
William J. Lewis
Eileen H. Libutti
Jeffrey M. Pincus
F. Sean Rooney
Marcy D. Sheinwold

Patrick Aurilia
Erika A. Bordan
Claudia L. Boyd
Anne M. Bracken
Mara E. Cella
Christine A. Champey
Lawrence J. Freeze
Erica K. Fugelsang
Christina L. Geraci
Jill A. Greenberg
Brian J. Greenwood
Christine B. Hickey
Tara M. Higgins
John E. Horan
Jessica Klotz
Theresa Scotto-Lavino
Erin M. Lawrence
Judith N. Littman
Daniel W. McCally
Michael Milchan
Robert Modica
Greg M. Mondelli
James F. Murphy
Joseph M. Nador
CindyAnn Ross
John B. Saville
Matthew D. Shworn
Adam H. Silverstone
Stacey E. Steinberg
Patrick G. Toner
Rebecca K. Vainder

Counsel
Mark R. Aledort
Daniel A. Bartoldus
Marvin J. Bellovin
Brian Brown
Robert J. Cimino
Elizabeth A. Fitzpatrick
Edward G. Lukoski
John F. Morrison
Ellen N. Savino
Milton Thurm

August 7, 2008

United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Attention: The Honorable Lawrence M. McKenna

Re:    Zumbo v. T&B Equipment Company, Inc. and Allen
       George Rothenberger
       Docket No.: 07 CIV 6340
       LJAA File No.: 0114-1070-NY00

Dear Judge McKenna:

As you may be aware, the undersigned represents the defendants in the above-referenced matter.

After consulting with the plaintiff's attorney, Joseph Tucker, Esq., I respectfully request an extension of time to complete discovery in this mater until September 30, 2008.

The parties have now completed the depositions of the plaintiff and two witnesses from the defendant. Additionally, we have recently received an expert witness response from the plaintiff's attorney. The remaining discovery includes post deposition demands recently served upon the defendants by plaintiff's counsel as well as a liability and damages expert from the defendants and a liability expert response from the plaintiff's attorney. Additionally, the parties may wish to conduct expert witness depositions.

Mr. Tucker has also informed me that he plans to serve and file a motion asking the Court to determine whether Connecticut or New York law will apply to the damages aspect of this case.



*Granted. So ordered.*
LMM (LMM) 8/11/08

30 Vesey Street, 8th Floor, New York, NY 10007-4202   212.233.7195   Fax 212.233.7196   www.lewisjohs.com

New York    Melville    Riverhead

**LEWIS JOHS**

Lewis Johs Avallone Aviles, LLP

Zumbo
August 7, 2008
Page 2

Counsellors at Law

Accordingly, the parties respectfully request that Your Honor extend the discovery in this matter until September 30, 2008. Thank you for your consideration of this request.

Very truly yours,

John E. Horan
jehoran@lewisjohs.com
*New York City Office*

JEH:ks

cc:   **Via Fax: 212-599-1759**

   Kurzman Karelsen & Frank, LLP
   230 Park Avenue
   New York, New York 10169

   Attention: Joseph P. Tucker, Esq.