UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROVIDENCE ZUMBO, as Administratrix of the
Estate of JOHN ZUMBO a/k/a JOHN D. ZUMBO,   CIV. NO. 07 CV 6340 (LMM)

               Plaintiff,   **AFFIDAVIT OF SERVICE**

  -against-

T. AND B. EQUIPMENT COMPANY, INC.,
ALLEN GEORGE ROTHENBERGER,

               Defendants.
------------------------------------------------------------X

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

      WILLIAM HERSHKOWITZ, being duly sworn, deposes and says:

      That deponent is not a party to the action, is over 18 years of age and resides in the County of Kings, City and State of New York. That on the 15th day of August, 2008, a copy of the MOTION IN LIMINE TO DETERMNINE CHOICE OF LAW, and MEMORANDUM OF LAW were served by electronic mail upon:

          TO:    JOHN E. HORAN, ESQ.
                     Attorney for the Defendants
                     Lewis Johs Avallone Aviles, LLP
                     30 Vesey Street, 8th Floor
                     New York, NY 10007-4202
                     jehoran@lewisjohs.com

                                                 _____
                                                 WILLIAM HERSHKOWITZ

Sworn to before me this 18th day
of August, 2008

_____
Notary Public

VIRGINIA GREEBAN
NOTARY PUBLIC State of New York
No. 30-4919220
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires _____

197522.1