UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: 
PROVIDENCE ZUMBO, as Administratrix of the :
Estate of JOHN ZUMBO a/k/a JOHN D. ZUMBO, : 07-CV-6340 (LMM)
:
Plaintiff, :
-against- :
: **NOTICE OF MOTION**
T. AND B. EQUIPMENT COMPANY, INC., :
ALLEN GEORGE ROTHENBERGER, :
:
Defendants. :
------------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Joseph P. Tucker, Esq., dated August 15, 2008 together with the exhibits annexed thereto and the accompanying Memorandum of Law, and upon all prior proceedings had herein, the undersigned will move this Court, before the Honorable Lawrence M. McKenna, U.S.D.J. at the United States District Court, located 500 Pearl Street, New York, New York for an *in limine* ruling that under New York choice-of-law rules, Connecticut has substantial interests in applying its wrongful death statute in this matter, and thus, the law of Connecticut, as the domicile of the decedent as well as the state in which Letters of Administration for the decedent's estate have been issued to Plaintiff, governs the issue of damages herein, thus permitting Plaintiff to introduce evidence of (i) the destruction of the decedent's earning capacity; (ii) the value of decedent's lost enjoyment of life; and (iii) the decedent's conscious pain and suffering. and granting such other and further

197483.1

relief as to this Court may seem just and proper.

Dated: New York, New York
      August 15, 2008

Respectfully submitted,

By: _____
Joseph P. Tucker (JT2006)

KURZMAN KARELSEN & FRANK LLP
Attorneys for Plaintiff
230 Park Avenue – 23rd Fl.
New York, New York 10169
(212) 867 – 9500

TO: LEWIS JOHS AVALLONE AVILES, LLP
     Attorneys for Defendants
     John E. Horan, Esq.
     30 Vesey Street
     New York, New York 10007
     (212) 233-7195

197483.1