UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PROVIDENCE ZUMBO, as Administratrix of the
Estate of JOHN ZUMBO a/k/a JOHN D. ZUMBO,                    **CIV. NO. 07 CV 6340 (LMM)**

                                  Plaintiff,
              -against-

T. AND B. EQUIPMENT COMPANY, INC.,
ALLEN GEORGE ROTHENBERGER,

                                  Defendants.
-------------------------------------------------------------X


# EXHIBIT "C"


### TO


### DECLARATION IN SUPPORT OF
### PLAINTIFF'S IN LIMINE
### MOTION

5

1
2    from Lewis Johs Avallone Aviles, 30 Vesey
3    Street, New York, New York 10007.  I
4    represent T. And B. Equipment Company and
5    Allen George Rothenberger.
6              THE VIDEOGRAPHER:  Will the court
7    reporter please swear in the witness.
8    **A L L E N   G E O R G E   R O T H E N B E R G E R,**
9         having been first duly sworn, was examined
10        and testified as follows:
11   **EXAMINATION BY**
12   **MR. TUCKER:**
13        Q.     Please state your name and address
14   for the record.
15        A.     Allen George Rothenberger,
16   871 Jefferson Drive, Palmyra, Virginia 22963.
17             MR. TUCKER:  Just for the record,
18        also present is William Hershkowitz,
19        paralegal with the firm of Kurzman
20        Karelsen & Frank, and Providence Zumbo,
21        the plaintiff.
22        Q.     Good morning, Mr. Rothenberger.
23        A.     Good morning.
24        Q.     Mr. Rothenberger, I just ask
25   you -- I'm going to be taking your deposition

PENGAD • 1-800-631-6989 • www.pengad.com

LASER BOND FORM B

28

A. Rothenberger

```
 1                     A. Rothenberger
 2   years, correct?
 3        A.      Correct.
 4        Q.      You're still employed with them now?
 5        A.      Yes, I am.
 6        Q.      So I'll get back to T. And B.   I
 7   just want to ask some other questions before we
 8   move on to T. And B.
 9                Any other certificates that you've
10   obtained outside of your commercial driver's
11   license relative to working driving trucks?
12        A.      No.
13        Q.      Any other training courses that you
14   went through after the orientation with Swift?
15        A.      No.
16        Q.      Did you undergo any orientation or
17   training when you worked for Sanders?
18        A.      No.
19        Q.      Can you tell us where you've lived
20   in the last ten years?
21        A.      Virginia.  I'm presently living in
22   Phoenix, Arizona now.
23        Q.      How long have you lived in Phoenix?
24        A.      Four months, five months.
25        Q.      And prior to living in Phoenix?
```

1          A. Rothenberger

2      A.    Virginia.

3      Q.    And where in Virginia?

4      A.    Richmond, Virginia and then Palmyra,

5  Virginia.

6      Q.    Well, I asked before your address

7  and I think you gave us a Palmyra --

8      A.    Yes, I gave Palmyra.  That's where

9  my ex-wife lives.  I just -- I'm an

10  over-the-road driver.  I go back and forth.

11  Sometimes I go back to Virginia and visit her.

12      Q.    Do you have an address in Phoenix?

13      A.    I have a P.O. box, that's it.

14      Q.    Do you live somewhere in Phoenix, do

15  you have an apartment?

16      A.    I pretty much stay in my truck

17  whenever I'm there.

18      Q.    So you have no house or apartment or

19  anything?

20      A.    No, I primarily live in my truck.

21      Q.    So when you go back to Phoenix, you

22  live in your truck?

23      A.    Basically, yes.

24      Q.    And where do you do that, where do

25  you --

103

1          A. Rothenberger

2   quarter to seven, around seven o'clock.

3          Q.     Do you have an alarm clock in the

4   truck?

5          A.     I have a little alarm clock but

6   sometimes I don't really even use it.

7          Q.     Was there a particular time that you

8   had to arrive at the country club you were

9   driving to after you left Westchester?

10         A.     No.

11         Q.     Was there any particular time that

12  you were expected to be there?

13         A.     Not really, no set time.  Just, you

14  know, standard procedure like, you know, before

15  like nine or ten o'clock.

16         Q.     What was the load that you were

17  picking up at Westchester Country Club, did you

18  know what it was before you got there?

19         A.     It was -- no, it was just the

20  typical materials that they use for the events.

21  It was already loaded and strapped down, it was

22  already set up.  All I had to do was just go

23  hook to it and leave.

24         Q.     Do you know who did that?

25         A.     No, it was the crew that was there.

104

A. Rothenberger

1   I don't know who exactly was there.

2   Q.     Do you know if it was a T. And B.

3   crew?

4   A.     Oh, it was a T. And B. crew, yes.

5   The T. And B. crew does all the loading and

6   unloading.

7   Q.     So a T. And B. crew, as far as you

8   know, went to Westchester Country Club and

9   loaded that tractor-trailer?

10  A.     Yes, it was already loaded when I

11  got there, it was already loaded.

12  Q.     Was that T. And B. Equipment that

13  was on the trailer?

14  A.     Yes.  Yes.

15  Q.     Did any of that belong to the

16  country club?

17  A.     No.

18  Q.     Do you know when they loaded that

19  trailer?

20  A.     I could assume it was the day before

21  I picked it up.

22  Q.     So what was the plan, that you would

23  take that over to the other country club? Do

24  you know where you were going?

105

A. Rothenberger

1      

2    A.    Yes.  Yes.  Yes, I did.

3    Q.    Where was that?

4    A.    It's a golf course, it's right there

5  off of 95, right up around the corner.  It was

6  where they had the U.S. Open at.  I don't know

7  the exact name of the golf course.

8    Q.    Had you been there before?

9    A.    Yes, I'd been there before.

10    Q.    When?

11    A.    Several occasions.

12    Q.    So you knew how you were going to

13  get there?

14    A.    Oh, yes, I did.

15    Q.    Memory or did you look at your map?

16    A.    Memory.

17    Q.    I'm sorry, you may have just

18  answered that and I apologize.  When was the

19  last time you were there prior to the day of

20  the accident?

21    A.    Prior to that, I really don't

22  remember it.  I'd been there on several

23  different occasions.  It may have been a week,

24  couple weeks before then.

25    Q.    What were you doing there a couple

1                   A. Rothenberger

2    weeks before then?

3        A.      Delivering, delivering stuff,

4    materials.

5        Q.      Did you pick those materials up at

6    the Westchester Country Club on that occasion

7    prior to the accident similar to what you did

8    here?

9        A.      I don't understand the question.

10       Q.      You said that you were there several

11   weeks prior to the accident?

12       A.      At Westchester or the other golf

13   course?

14       Q.      Okay.  The other golf course.

15       A.      The other golf course I'd been in

16   and out before then.  I really can't remember

17   the exact dates.

18       Q.      Is that Windfoot, the other golf

19   course?

20       A.      It was where they had the U.S. Open

21   at.  It's right there off of 95.

22       Q.      Okay.  But you had been there

23   several weeks prior to the date of the accident?

24       A.      I can't remember the exact dates. I

25   had been there before though, yes.

1          A. Rothenberger

2          Q.     I asked you before how soon before

3    that and you said it could have been several

4    weeks.

5          A.     It could have been a week or two, a

6    couple weeks before.  I really don't remember.

7          Q.     Were you taking equipment directly

8    to that golf course from another location or is

9    it another situation where you were picking it

10   up at Westchester and bringing it there?

11         A.     The morning of the accident?

12         Q.     No, prior to.

13         A.     Prior to was just taking loads there

14   specifically.

15         Q.     Okay.  Directly from another

16   location, not Westchester Country Club?

17         A.     Yes, from another location.

18         Q.     Okay.  What did you do when you woke

19   up that morning, the morning of the accident?

20         A.     I got up.  Right there at the golf

21   course they have a facility that the grounds

22   keepers use where they have, you know, a

23   latrine and a, you know, a spigot, you know, to

24   like, you know, to use like to wash your face

25   with.  I went in there and I used -- you know,

PENGAD • 1-800-631-6989 • www.pengad.com

LASER BOND FORM B

108

1                    A. Rothenberger

2    got ready.

3         Q.      Was there anybody there?

4         A.      Yes, there were the grounds keepers

5    and everybody was there.  Like I said, I went

6    in and I used the latrine and the facilities

7    and they had a drink machine there, I got some

8    a drink out of the drink machine, and then I

9    went ahead and hooked up the truck and checked

10   the straps on the load and everything and --

11        Q.      You stated before that you hooked up

12   the truck the night before.  What did you do in

13   the morning additional?

14        A.      I checked the load for the straps,

15   make sure the straps were all secure, the

16   load's secure, and then I rolled up the landing

17   gear and hooked up the air lines and made sure

18   the kingpin is locked correctly and checked the

19   tires and everything on the trailer.

20        Q.      When you checked the load, what did

21   you do specifically?  You mentioned checking

22   the straps.

23        A.      Okay.  You look and you see how the

24   load is strapped down, make sure that

25   everything is secure.  If you need to put

109

1          A. Rothenberger

2    additional straps on it, if you feel that you

3    need additional straps, you just take care of

4    that at the time, and then you make sure that

5    all straps are all tight.

6              MR. TUCKER:  I'm going to ask that

7         this photo be marked as Exhibit 2.

8              John, would it be helpful if I

9         marked all the photos like 2-A, -B, -C

10        and -D even if we get back to them later

11        or do you want to just make them

12        sequentially different?

13             MR. HORAN:  It's up to you.

14             MR. TUCKER:  I'd like to just put

15        them altogether as 2, 2-A, 2-B.

16             MR. HORAN:  Oh, I see what you're

17        saying.  So all photos have a 2 in front

18        of them.

19             MR. TUCKER:  Yes.

20             MR. HORAN:  That's fine.

21             MR. TUCKER:  Okay.

22             (Plaintiff's Exhibit 2, Photograph,

23        marked for identification, as of this

24        date.)

25    Q.      I hand you what's been marked

110

1                    A. Rothenberger

2     Exhibit 2; do you see that?

3          A.     Yes, I see it.

4          Q.     Is that the truck that you were

5     driving at the time from -- the date of the

6     accident?

7          A.     Yes, it is.

8          Q.     Describe for me the truck.  Tell me

9     about the truck.

10         A.     It's a 2007 International 9400-I.

11         Q.     Okay.  Is it standard?

12         A.     Yes, it is.

13         Q.     Had you driven a truck like this

14    prior to the -- withdrawn.

15         A.     Yes, I had.

16         Q.     Prior to your employment with

17    T. And B., had you driven a truck like this?

18         A.     I've never -- I driven other

19    truck -- other tractors.  This right here was

20    the first International brand that I'd driven.

21         Q.     How is the International brand

22    different than the other trucks that you drove?

23         A.     They're basically all the same.

24         Q.     Is there any difference?

25         A.     This just -- this is like saying

111

1                    A. Rothenberger

2    you're driving either a Buick or a Ford.

3    They're all ten speeds.  They either have

4    Cummings engines or Caterpillar or Detroit

5    diesels.

6         Q.    What was the engine in this?

7         A.    This was a Cummings.

8         Q.    What was the size of the engine?

9         A.    I believe it was probably a 375

10   horsepower.

11        Q.    Do you know as you sit here?

12        A.    Huh?

13        Q.    Do you know as you sit here whether

14   it was or not?

15        A.    I know it was a Cummings.  I really

16   don't remember the exact size of the engine.

17               MR. HORAN:  You okay?

18        Q.    You okay?

19        A.    Yes.

20               MR. HORAN:  Take a break?

21               THE WITNESS:  Yes, everything is

22        fine.  It's just --

23        Q.    Do you want to take a break?

24               MR. HORAN:  Do you want to take a

25        break?

112

1                A. Rothenberger

2       Q.      Why don't you take a break.

3               THE VIDEOGRAPHER:  We're going off

4         the record.  The time is 12:05.

5               (Recess taken.)

6               THE VIDEOGRAPHER:  We are now back

7         on the record.  The time is 12:09.

8    **BY MR. TUCKER:**

9       Q.      Okay.  You mentioned it's a Cummings

10   engine.

11      A.      Yes.

12      Q.      We talked about the size of the

13   engine and the type of transmission.  What was

14   the number of gears on this?

15      A.      Ten speed.

16      Q.      Do you know what the gross weight of

17   the truck was unloaded?

18      A.      The tractor, just the tractor alone?

19      Q.      Yes.

20      A.      I believe the tractor alone was

21   1800, 1800 -- 18,000 pounds, 18,000 and change.

22      Q.      Do you know what the gross weight

23   loaded was at the time you were driving it?

24      A.      I don't know.

25      Q.      Was this a heavy load, an unusually

113

1                    A. Rothenberger

2    heavy load, unusually light load, typical load

3    that you carry for them?

4        A.      It was a typical load.  I would

5    assume it was about three quarters of a load.

6        Q.      Describe the cargo.

7        A.      Just an array of bleacher equipment

8    that they use for the bleachers.  It's

9    different components that they had on the load.

10       Q.      Now, you mentioned before that

11   T. And B. had given you a pamphlet on the

12   safety of cargo loads; do you recall that?

13       A.      Yes, I do.

14       Q.      Okay.  And you're familiar with what

15   is a safe and unsafe load?

16       A.      Yes, I am.

17       Q.      And that is relative to the position

18   of the cargo on the trailer, correct?

19               Do you understand what I'm asking?

20       A.      I understand.  I'm trying to analyze

21   how to answer your question.

22               Every load is different.  It just

23   depends on whatever that load consists of.

24   After you've hauled enough of these loads, it

25   -- you eventually just become accustomed to

114

1                 A. Rothenberger

2    whatever is on that specific load and how to go

3    about securing it.

4        Q.    So there's no real set formula for

5    setting up a load?

6              MR. HORAN:  If you know.

7        A.    Nothing specific.  It just depends

8    on what they want to transport on that

9    particular load.

10           They have a set procedure to secure

11    the components prior to putting them on the

12    truck as far as racks and different types of

13    baskets or racks to secure whatever type

14    products or whatever the components are that

15    they're going to load up on the trailer at that

16    time.

17        Q.    Do you know if T. And B. trains the

18    crew that does the loading on the safe

19    procedure for putting a load on a trailer?

20        A.    I'm really not involved in that, in

21    that particular, you know, in that particular

22    field.  I really -- you'd have to discuss that

23    with the operations manager.

24        Q.    Okay.

25        A.    I assume they do.

115

1              A. Rothenberger

2        Q.      I hand you what I'd like marked,

3   which I'd like marked as 2-A.

4              (Plaintiff's Exhibit 2-A,

5         Photograph, marked for identification, as

6         of this date.)

7        Q.      I've handed you a photograph that's

8   been marked as Plaintiff's 2-A; do you see

9   that?

10       A.      Yes, I see it.

11       Q.      And that's the load that you were

12  carrying that day?

13       A.      Yes, it appears to be the load.

14       Q.      What are those items in the front

15  the closest to the cab of the semi, it looks

16  like metal poles?

17       A.      Are you referring to right here, the

18  baskets here?

19       Q.      Yes.

20       A.      Those appear to be baskets, post

21  it -- I believe the term for those is "post it

22  picket."

23       Q.      Post it picket?

24       A.      Yes.

25       Q.      What is that?

116

1          A. Rothenberger

2          A.     It's the barrier.  Whenever they

3     build the floor, at the front when you walk up

4     the steps for the bleacher that they put --

5     it's the barrier in the front of the bleacher.

6          Q.     Is that --

7          A.     If I had a picture of the bleacher I

8     could show you what I'm referring to.

9          Q.     Is that all metal poles, metal piping?

10         A.     This here?

11         Q.     Yes.

12         A.     They are -- if you see right here,

13    you take those and you stand them up.  They're

14    like six feet long by like I believe like maybe

15    three feet tall and they put them in the front

16    of the bleacher.  Whenever you walk up the

17    steps and you're walking down the platform,

18    they use these for the barrier to keep people

19    from falling off the front of the --

20              MR. HORAN:  Platform.

21         A.     Of the platform.

22         Q.     Is that all made of metal, all those

23    materials in there?

24         A.     Yes, these are.

25         Q.     And behind there it seems -- it

117

1          A. Rothenberger

2     looks like there's some different materials, it

3     looks like there's metal slatted materials; do

4     you see that?

5          A.     These are decks.

6          Q.     What are they called?

7          A.     Decks.

8          Q.     Decks, is that the bleacher deck?

9          A.     Yes, they use that for the platform.

10         Q.     Okay.  And is that all bleacher deck

11    or is there something below the bleacher deck?

12    It looks like there's a --

13         A.     There's plywood below it.

14         Q.     Okay.  Plywood below it and then the

15    bleacher decks are put on top that of?

16         A.     That's just how they loaded it.

17         Q.     And those bleacher decks seemed to

18    have dislodged after the accident or --

19         A.     Yes.

20         Q.     -- at the time of the accident; do

21    you see that?

22         A.     Yes.

23         Q.     Behind the bleacher decks and the

24    wood that it sits on top of there appears to be

25    a wooden crate of some sort; do you see that?

118

1                    A. Rothenberger

2        A.      Yes, I see it.

3        Q.      Is that a wooden crate?

4        A.      Yes, it is.

5        Q.      Do you know what's in there?

6        A.      I wouldn't know, have any idea.

7        Q.      Did you know at the time?

8        A.      No, I did not.

9        Q.      Have you spoken to anybody about

10  what this is since the time of the accident?

11       A.      No, I have not.

12       Q.      Okay.  And on top of that wooden

13  deck, what is that?  It looks like more metal

14  piping or stanchion.

15       A.      I believe that's steps.

16       Q.      Okay.  And then after that wooden,

17  appears to be the wooden crate, do you see the

18  material that's strapped down?

19       A.      Yes, I do.

20       Q.      What is that?

21       A.      Those are handrails.

22       Q.      Handrails for the bleachers?

23       A.      Yes.

24       Q.      And there's a smaller amount of

25  materials there; do you see that?  It's not as

119

1                       A. Rothenberger

2    high as --

3         A.     No, I'm sorry, I misunderstood. Are

4    you referring to this --

5         Q.     Yes.

6         A.     -- pile here?

7         Q.     Yes, right behind the wooden crate.

8         A.     These are handrails.

9         Q.     Okay.  So there's a smaller amount

10   of handrails.  It seems like the load is higher

11   from the top and goes down lower all the way to

12   the back; do you see that?

13        A.     Yes, I do see that.

14        Q.     Is that the way it was loaded when

15   you picked up this trailer?

16        A.     Yes, it was.  It was already loaded.

17        Q.     Okay.  And then behind the handrails

18   it appears that there's some sort of rolled up

19   material.

20        A.     That's the rolled bunting.

21        Q.     I'm sorry, could you say that again.

22        A.     Bunting.

23        Q.     Bunning, b-u-n-n-i-n-g?

24        A.     No, bunting.

25        Q.     Oh, bunting.

120

```
 1              A. Rothenberger
 2              Okay.  And what's the bunting used
 3    for?
 4       A.     They use that around the bottom of
 5    the bleacher to wrap around, I guess it's for
 6    security purposes, I imagine to keep you from
 7    walking underneath the bleacher or for visual
 8    effects.
 9       Q.     But that bunting material is a
10    lighter material than the metal objects that
11    you described before, correct?
12       A.     I would imagine so, yes.  I'm not
13    sure of the exact weight but.
14       Q.     Would you say it's lighter than most
15    of the other materials on the trailer?
16       A.     Yes, I would imagine.  To guess I
17    would say yes.
18       Q.     It appears --
19       A.     It appears how big a roll it is and
20    how long it is as far as the extent of the
21    weight of it is.
22       Q.     The one thing I'll ask you not to do
23    is guess.
24              MR. HORAN:  Thank you.
25       Q.     I tried to beat Mr. Horan to that.
```

121

1                    A. Rothenberger

2   We don't want you to guess.  If you don't know,

3   just say you don't know.

4       A.     I don't know the exact.

5       Q.     Does it appear to you that the

6   heavier part of this load is at the front of

7   the trailer and it gets progressively lighter

8   as it goes back?

9       A.     It appears that way.

10      Q.     Is that consistent from what you

11  know or what T. And B. taught you to be the

12  proper way to load a trailer?

13      A.     Yes.

14             MR. HORAN:  Just note my objection

15        to the extent that I think you said

16        taught him the proper way to load a

17        trailer.

18      Q.     The proper way that a trailer should

19  be loaded.

20      A.     Yes, this is the proper way for that

21  load to be loaded.

22      Q.     So your understanding of what you

23  received from the safety manuals at T. And B.

24  and your instruction, whatever it was that you

25  received at T. And B., that the heavier portion

122

1              A. Rothenberger

2      of the load should be at the front of the

3      trailer?

4                 MR. HORAN:  Note my objection.

5                 You can answer.

6         A.      It doesn't matter.  It's irrelevant

7      whether the heavy load's at the front or the

8      back as long as the weight of the load, it

9      doesn't exceed 34,000 pounds per each tandem.

10        Q.      Each tandem, and when you refer to

11     tandem, you're talking about the tandem wheels?

12        A.      I'm talking about, referring the

13     whole tandem set at the rear.

14        Q.      Okay.

15        A.      You're allowed to have 34,000 max at

16     the rear and 34,000 max at the front.

17        Q.      So you're essentially looking to

18     make sure that it doesn't exceed the 34,000

19     pounds?

20        A.      For that, for that tandem.

21        Q.      Does it matter at all where the

22     weight is -- withdrawn.

23                If the weight is less than 34

24     pounds, does it matter --

25        A.      34,000.

123

1           A. Rothenberger

2      Q.       34,000 pounds, thank you.

3           Does it matter -- it's your

4  understanding it doesn't matter where that load

5  is on the trailer?

6      A.       It's irrelevant as long as the

7  load's secure.

8           MR. TUCKER:  John, just for your

9       information, I think I'll be able to give

10      you these copies.  I'm just using them

11      now so I can look at them.

12           MR. HORAN:  Afterwards.

13           MR. TUCKER:  Afterwards.

14      Q.       After you washed up the morning of

15  July 7th and checked the load, did you do any

16  maintenance check on the vehicle?

17      A.       Yes, I did all that when I hooked up

18  the air lines and rolled up the landing gear

19  and secured the load.  You know, when I went to

20  the back and made sure the straps are all tight

21  and all that, you know, then, you know, just

22  check the tires on the trailer.

23      Q.       What did you do after that --

24  withdrawn.

25           Did you speak to any of the

124

1                        A. Rothenberger

2    maintenance workers or the people inside the

3    country club?

4        A.      No, I just -- you know, they were

5    out there doing their thing and, you know,

6    everybody, you know, hustle and bustle.

7        Q.      Did you speak to anyone at

8    Westchester Country Club before you left that

9    morning?

10       A.      No.  No, I didn't.

11       Q.      When you went through the gate

12   leaving the country club, was there anybody

13   there?

14       A.      There wasn't anybody.  There were

15   people out there on the golf course mowing and

16   stuff, but I just pretty much just went ahead

17   and drove on out.

18       Q.      And where did you go?

19       A.      I pulled out and went around and

20   then I went down the road to the red light

21   that's right there, I believe it's 22A, 22A,

22   and then I hung a left from there.

23       Q.      Was the light red when you got

24   there?

25       A.      Yes, the light was red and then I

125

1                           A. Rothenberger

2      sat there and then I pulled out and took a

3      left.

4           Q.      Where were you heading?

5           A.      I was heading down to -- I'm not

6      sure of the exact number of the road.  It's --

7      you go down to the stop sign and I took a right

8      and I went down around the curve up underneath

9      the bridge right there, on that road right

10     there.

11          Q.      Do you know what bridge that was?

12          A.      It was the bridge for 287, it went

13     over that road there.

14          Q.      That's a busy road, 287?

15          A.      Yes, it was a highway, the highway

16     right there.

17          Q.      So you made a left after the

18     stoplight?

19          A.      I pulled out of the golf course --

20          Q.      Right.

21          A.      -- and I went down to the main road

22     and I went to the stoplight and then I took a

23     left and went down that road to the stop sign,

24     and when I stopped at the stop sign, then I

25     took a right and went down around the curve up

126

1          A. Rothenberger

2   underneath the bridge for 287.

3       Q.      Describe that curve that you went

4   on, was it a right curve, a left curve?

5       A.      It goes from the left around to the

6   right.

7       Q.      How fast were you traveling at that

8   time?

9               MR. HORAN:  At what time?

10      Q.      When you took the curve.

11      A.      When I --

12              MR. HORAN:  Note my objection.

13              You can answer if you can.

14      Q.      Well, did you drive up along that

15   curve?

16      A.      Yes, I was in the right-hand lane

17   going around the curve right there.

18      Q.      Okay.  And how fast were you going

19   when you were driving in the right-hand lane?

20              MR. HORAN:  Note my objection.

21              You can answer it.

22      A.      30, maybe 35, if that.  I wasn't,

23   you know -- I was going slow.  I was maybe

24   doing 30 miles an hour.

25      Q.      Describe the road conditions.

127

1                    A. Rothenberger

2          A.      It was dry, I mean it was clear

3    weather.

4          Q.      Was it sunny, was it dark?

5          A.      It was sunny, yes.

6          Q.      It wasn't raining?

7          A.      No.

8          Q.      Had you been on that road before?

9          A.      Oh, yes.

10         Q.      How many times?

11         A.      I really don't -- can't -- you know,

12   it's been multiple times I've been on it. That

13   wasn't the first time I was on that road.

14         Q.      Okay.  What else was on that road,

15   can you describe anything, any signs or

16   anything?

17         A.      Right before you get to the bridge

18   when you're going around the curve when you're

19   getting ready to go up underneath the bridge

20   they have a blinking sign there that says

21   signal ahead.

22         Q.      What color was the blinking light?

23         A.      It's a blinking yellow light.

24         Q.      Was it operating at the time?

25         A.      Yes, it was operating.

128

1          A. Rothenberger

2     Q.     And what did you understand that to

3   mean?

4     A.     That there's a red light ahead.

5     Q.     Any other signs that you noticed on

6   the way around that curve?

7     A.     No, that's the only sign.  Before

8   you get to the bridge, you go up underneath the

9   bridge, that's the only sign that's there.

10     Q.     What happened, did you pass that

11   yellow light, blinking light -- withdrawn.

12          How fast were you going when you

13   passed that yellow light?

14     A.     I had slowed down, I was maybe doing

15   about maybe 20.

16     Q.     Why?

17     A.     Because when I went up underneath

18   the bridge and I was looking at the light, the

19   light was red and I was starting to slow down.

20     Q.     Are you heading uphill or downhill

21   when you're going around that curve?

22     A.     You're going downhill, it's a

23   downgrade.

24     Q.     Okay.  So you're in the right-hand

25   lane, you're going downgrade and you see this

129
1                      A. Rothenberger

2    yellow light and you start to slow down?

3         A.     Yes.  Well, I started slowing down.

4         Q.     Okay.  And you say you slowed down

5    to about 20 at the time you were at that yellow

6    light maybe?

7         A.     Around there.

8         Q.     Okay.  And how far between that

9    yellow light and the red light that you just

10   described before, what's the distance, do you

11   know?

12        A.     Maybe 50 yards, maybe 100 yards,

13   about from here maybe across the street to the

14   building there.  Maybe about 100 yards I'd say.

15        Q.     I only smile because it's hard to

16   get that in the deposition.

17               About 100 yards you think?

18        A.     Yes.  I mean it wasn't, you

19   know --

20               MR. HORAN:  His answer was 50 to a

21          100.

22        Q.     When did you first see the red light?

23               MR. HORAN:  How far was he from it

24           you mean?

25        A.     Right when I went up underneath the

130

1          A. Rothenberger

2    bridge.

3          Q.    Okay.  When you first went underneath

4    the bridge, was it before you went underneath

5    the bridge, during -- at the moment you were

6    under the bridge or after you came out?

7          A.    Right when I went around the grade

8    and got down to the bottom part of the -- right

9    when you get down to the bottom of the hill,

10   that's when you're going up underneath the

11   bridge to 287, that's really when it comes into

12   view, right then.

13         Q.    Were you past the yellow light or

14   before the yellow light?

15         A.    I was like almost like there next to

16   the yellow light then.  The blinking -- the

17   sign that says signal ahead, I was probably

18   like next to it.

19         Q.    So when you came up underneath the

20   bridge and you first saw the red light, what is

21   it, describe for me the light, what did the

22   light look like?

23         A.    It's just a regular red, green, a

24   regular traffic light.

25         Q.    A regular traffic light, does it

131

1                         A. Rothenberger

2      have three?

3           A.      Yes.  Yes.

4           Q.      And the top one you don't -- was the

5      red on the top, on the bottom?  Describe the

6      light for me.

7           A.      The red's on top.

8           Q.      Okay.  So you remember seeing the

9      red --

10          A.      Yes, I do.

11          Q.      -- displayed?

12          A.      Yes, I do.

13          Q.      Do you recall any green displayed

14     during that time at all?

15          A.      Right when I went up underneath the

16     bridge, then the light changed to green. Then I

17     started to accelerate.

18          Q.      Describe for me the moment that you

19     saw it turn to green.

20                  MR. HORAN:  Objection.

21                  What you do mean?  I don't

22       understand the question.

23          Q.      You were underneath the bridge,

24     correct?  When you come out, you said you were

25     right next to the yellow blinking light and

132

1                    A. Rothenberger

2  just about at the bottom of the grade towards

3  the underpass?

4              MR. HORAN:  Objection.

5              What's your question?

6              MR. TUCKER:  Can you read back,

7        I'm sorry, when he said he first saw the

8        red light.

9              (Record read.)

10     Q.     So you also testified before you

11  were traveling around 20 miles an hour at that

12  point when you went underneath the bridge?

13             MR. HORAN:  Objection.

14             You can answer.

15     Q.     Is that correct or incorrect?

16             MR. HORAN:  You can answer.

17     A.     Around there.  I, you know --

18     Q.     Okay.

19     A.     -- I'd slowed down, I let off the

20  diesel, I'd take the truck out of gear.  I was

21  like more or less coasting at that time.

22     Q.     And you were preparing to stop at

23  the red light?

24     A.     Yes, and then the light changed and

25  I put the truck back in gear and started to

133

1                    A. Rothenberger

2   accelerate.

3        Q.     Where were you when you saw the

4   light turn to green?

5        A.     Right when I was going up

6   underneath, I believe it was right when I

7   passed the sign when I was going up underneath

8   the bridge.

9        Q.     Okay.

10        A.     That's when I saw it.

11        Q.     So at the time you were underneath

12   the bridge you saw it red and then at the same

13   moment that's about when you saw it turn to

14   green; is that your --

15        A.     Yes.

16        Q.     -- testimony?

17        A.     Yes.

18        Q.     Okay.  Was there any obstruction

19   between you and the light?

20        A.     No, there wasn't.

21        Q.     Okay.  Anything else about the

22   traffic light that you recall?

23        A.     No.

24        Q.     Was there other traffic around you

25   at the time, any cars or trucks in your lane in

134

1                  A. Rothenberger

2   front of you?

3        A.    No.

4        Q.    Anybody behind you in your lane?

5        A.    No.

6        Q.    How about in the left-hand lane?

7        A.    I believe there were cars driving

8   over there at the time.

9        Q.    What do you mean over there?

10       A.    Over on the other side on the

11  left -- oh, you mean in the left lane going the

12  same direction I was?

13       Q.    Same direction you were.

14       A.    No, there wasn't anybody there.

15       Q.    How many lanes going in your

16  direction?

17       A.    Two lanes.

18       Q.    Were there any lanes coming in the

19  opposite direction?

20       A.    There are but it's over on the other

21  side of the median, this median right here in

22  the picture.  It's on the other side of this

23  median here.

24       Q.    Were there any cars in the other

25  lanes moving in the opposite direction?

135

A. Rothenberger

1

2  A.    Yes, I believe there were.  It's

3  been a while but I believe there were cars,

4  yes, there were cars running over there.

5  Q.    Were there any cars in front of you

6  in either the left or the right lane that you

7  were in?

8  A.    In my lane?

9  Q.    Or the left lane going in the same

10  direction.

11  A.    No.

12  Q.    How far in the distance could you

13  see when you were underneath the overpass?

14  A.    I'd say maybe a half, maybe a

15  quarter of a mile maybe.  I could see up ahead

16  the road where the road curves and then the

17  road pretty much went out of view.

18  Q.    When you say the road curves, is

19  that the road that you were on?

20  A.    Yes.  When you go through the light,

21  the road goes down and then it curves to the

22  right.

23  Q.    And you could see that?

24  A.    Yes, I could see that.

25  Q.    And you saw no cars?

1              A. Rothenberger

2         A.    No, there weren't any cars going the

3    direction I was going.

4         Q.    The light that you saw turn green,

5    was that a cross street, an intersection,

6    describe --

7         A.    It's a cross street.

8         Q.    Okay.  And describe the street that

9    intersects there.

10        A.    It's a one-lane road going each

11   direction with a lane that turns, a separate

12   lane for a turn lane.

13        Q.    Is there a light for that street?

14        A.    Yes, there is.

15        Q.    So there's a light --

16        A.    Well, it's the same red light for

17   the light on the road that I was on.

18        Q.    Are there any other lights in that

19   location, any other streetlights that you

20   noticed?

21        A.    No, there's none for my lane.

22        Q.    But are there any other streetlights

23   hanging from wires at that location?

24        A.    There's one other light for a lane

25   to get on the highway but it's just an arrow

137

1                    A. Rothenberger

2    light, an arrow for a separate lane to get on

3    the highway.

4         Q.     Where is that located in relation to

5    the light that you were looking at that turned

6    green?

7         A.     It's to the right.

8         Q.     It's to the right of that light?

9         A.     Yes.

10        Q.     Is it connected to it or is it

11   separate from?

12        A.     No, it's a separate light.

13        Q.     And it's a green light indicating

14   what?

15        A.     With an arrow to get on, to take a

16   right to get onto 287.

17        Q.     To get onto 287?

18        A.     Correct.

19        Q.     So the street that you --

20        A.     Or 270 -- it might be 278.  I

21   believe it's 2 -- yes, it's 287.

22        Q.     And you were going straight or were

23   you turning, were you veering right to go onto

24   287?

25        A.     I was going straight.

138

1           A. Rothenberger

2       Q.      Was that green arrow lit at the time

3   that you were coming under the overpass?

4       A.      Yes, it was lit.

5       Q.      Was it lit at the time that the

6   light was red?

7       A.      Yes, it was lit.

8       Q.      And was it lit at the time it turned

9   to green?

10      A.      Yes, it was lit.

11      Q.      Now, the other street that

12   intersected is called Webb Avenue?

13      A.      Yes, it is.

14      Q.      Describe the traffic on Webb Avenue

15   when you came under the overpass.

16      A.      There was a car that had stopped on

17   Webb and he had stopped there and he was

18   getting ready to take a right-hand turn right

19   when I was coming up to the light.

20      Q.      He was going to take a right-hand

21   turn onto the road that you were traveling on?

22      A.      Correct, off of Webb.

23      Q.      So he would have been in front of

24   you if he had the right-of-way, right?

25      A.      Yes, but he had stopped.  He was

139

1        A. Rothenberger

2   sitting there, I was looking at him and he was

3   looking at me.

4        Q.      But he was heading in the direction

5   that you were?

6        A.      If he -- when he would have taken a

7   right off of Webb.

8        Q.      What kind of car was that?

9        A.      I really don't remember.  I really

10   don't know the make of it.  It was a light

11   colored vehicle.  It looked like it was

12   four-door sedan.  I believe, like I said, it

13   was an older model.

14       Q.      Once you saw the light turn green,

15   you mentioned before that you accelerated?

16       A.      I put the truck back in gear and

17   started to accelerate.

18       Q.      What gear were you in when you were

19   underneath the overpass and you saw the light

20   red?

21       A.      I believe I probably gotten up to

22   six gear, I was going in the high range then.

23       Q.      What does that mean?

24       A.      That means going from fifth, you

25   flip up your switch and then you go over to get

140

1              A. Rothenberger

2    it to go from six up to tenth.

3              Maybe I -- I really can't remember,

4    to be honest with you.

5        Q.    So --

6        A.    After a while you don't even, to be

7    honest with you, after a while --

8              MR. HORAN:  Just answer his

9        question.

10       A.    I really don't remember.

11       Q.    You were going to say after a while

12   you don't really what?

13       A.    You more or less just listen to

14   the engine and listen for the amount for the

15   speed you're going, it becomes second nature.

16       Q.    Rather than thinking the specific

17   gear you're in?

18       A.    I mean, you know, if you drive a

19   vehicle for thousands of miles, after a while

20   -- I really can't remember the exact gear.

21       Q.    So you accelerated at that point

22   when you saw the light turn green by shifting

23   what, into another gear?

24       A.    I believe I'd gone over to sixth

25   gear then when I started to accelerate.

141

1        A. Rothenberger

2        Q.      And what speed were you going at

3    that point?

4                MR. HORAN:  When he started to

5           accelerate?

6                MR. TUCKER:  Exactly.

7        A.      I probably clicked back up to maybe

8    about 25, maybe about 30 miles an hour.

9        Q.      You were coming downhill at the time?

10       A.      It was after I'd gotten to the

11   bottom of the hill and going up underneath the

12   bridge and then I clicked it into gear and

13   started to kick it on up again.

14       Q.      So when you came to the bottom of

15   the hill, you clicked it into gear to pick up

16   acceleration?

17       A.      When I started to accelerate, then I

18   kicked it back into gear.

19       Q.      And that was just at the bottom of

20   the hill?

21       A.      Yes, right when I was going around

22   the curve up underneath the bridge right there.

23       Q.      I just want to kind of get a

24   picture.  You're coming downhill and you're in

25   the right-hand lane, correct?

142

                    A. Rothenberger

1

2      A.      It's --

3              MR. HORAN:  Listen to him.  Say

4        correct.

5      Q.      Yes or no?

6              MR. HORAN:  Is that correct?

7      A.      Yes, correct.

8      Q.      You may want to just move your hand

9    away from your mouth --

10     A.      Okay.

11     Q.      -- so it's clear on the video.

12             You're coming downhill, you're in

13   the right-hand lane and once you get under the

14   overpass you see the light turn green and you

15   change gears; is that correct?

16     A.      I kicked, I put -- I kicked it into

17   gear.

18     Q.      Okay.  And that accelerates the

19   truck; is that correct?

20     A.      Correct.

21     Q.      Okay.  And then you accelerated

22   going through the green light because you saw

23   the green light for your lane?

24     A.      Correct.

25     Q.      Okay.  What happened at that point?

143

A. Rothenberger

1

2　　　A.　　I was looking at the gentleman who

3　　was going to make a right-hand turn, and then I

4　　noticed a vehicle out of my peripheral vision

5　　and when I looked over, I saw the white SUV

6　　down, you know, flying down through there.  A

7　　split second later he ran into the side of my

8　　truck, into the front of the vehicle right

9　　here.

10　　　Q.　　What was the other vehicle doing,

11　　was it stopped at the light, was it moving?

12　　　A.　　The vehicle that hit the truck or

13　　the other vehicle?

14　　　Q.　　The other vehicle that was on --

15　　　A.　　He was sitting at the light, sitting

16　　there looking at me when I was coming up on the

17　　intersection.

18　　　Q.　　Did you tell the police about that

19　　vehicle sitting there?

20　　　A.　　Yes, I did.

21　　　Q.　　Did you describe the vehicle for the

22　　police?

23　　　A.　　I don't remember.  I believe I may

24　　have.  I don't remember.

25　　　Q.　　Do you know if that vehicle stayed

PENGAD · 1-800-631-6989 · www.pengad.com          LASER BOND FORM B

184

1        A. Rothenberger

2    ambulance there as quick as they could.

3        Q.    Did anyone come up and join you

4    while you were on the telephone?

5        A.    Yes, I believe there was a lady that

6    -- a lady stopped and came up there, too, and

7    then a few people started coming around.

8            It wasn't very long after that the

9    police, one of the police officers arrived.  It

10   was -- he was like right there within I'd say

11   maybe a couple minutes, if that.

12       Q.    Describe for me the victim, the

13   person in the other car when you first saw him.

14   Was he alive?

15       A.    Yes, he appeared to be alive but --

16       Q.    How could you tell?

17       A.    It appeared that he was still

18   breathing.

19       Q.    Could you see his chest moving up

20   and down, could you hear him breathing, how

21   could you tell?

22       A.    I could hear him breathing.

23       Q.    What did it sound like?

24       A.    It sounded like he was having

25   trouble breathing.

185

                    A. Rothenberger

1

2    Q.    How?

3    A.    It just -- I -- you know, it just

4    seemed to me like he was having trouble, you

5    know, breathing.  He was unconscious.

6              And after that time, I heard the

7    police coming and I turned around and then the

8    police officer arrived and not soon after that

9    the fire engine and the ambulance arrived and

10   that's pretty -- about pretty much about all I

11   really remember after that.

12   Q.    I'm going to show you three

13   photographs I'd like marked as 2-B, -C and -D.

14              (Plaintiff's Exhibit 2-B,

15        Photograph, marked for identification, as

16        of this date.)

17              (Plaintiff's Exhibit 2-C,

18        Photograph, marked for identification, as

19        of this date.)

20              (Plaintiff's Exhibit 2-D,

21        Photograph, marked for identification, as

22        of this date.)

23              MR. TUCKER:  Off the record for a

24        second.

25              THE VIDEOGRAPHER:  We're going off

186

A. Rothenberger

1  
2  the record.  The time is 2:21.

3  (Recess taken.)

4  THE VIDEOGRAPHER:  We're now back

5  on the record.  The time is 2:22.

6  MR. TUCKER:  I've had marked for

7  purposes of the deposition Plaintiff's

8  2-B, 2-C and 2 -- I'm sorry and 2-D.

9  These are photographs of Mr. Zumbo after

10  the accident.

11  I had planned on showing them to

12  Mr. Rothenberger to ask him questions

13  about Mr. Zumbo at the time that he saw

14  him.

15  **BY MR. TUCKER:**

16  Q.    Mr. Rothenberger, you've indicated

17  you'd rather not see the photographs?

18  A.    I'd rather not see them.  I really

19  don't see how that --

20  MR. HORAN:  Okay.

21  A.    I'll be honest, I'm not a medical

22  expert.

23  MR. HORAN:  Okay.

24  Q.    Was Mr. Zumbo bleeding at the time

25  you saw him?

187

1          A. Rothenberger

2      A.      Yes, he was bleeding.

3      Q.      Do you know where he was bleeding

4   from?

5      A.      It looked like he was bleeding from

6   his nose.

7      Q.      Anyplace else that you could recall?

8      A.      That's all I noticed.  That's all I

9   recall.

10     Q.      You stated before that you went to

11  get some paper towels from your truck.

12     A.      Yes.

13     Q.      For what purpose, to wipe up --

14     A.      To try to see if I could help.

15     Q.      What were you going to do with the

16  paper towels?

17     A.      I don't know.  I was just trying to

18  do whatever I could try to possibly do.

19     Q.      Have you had any training in first

20  aid or emergency medical care?

21     A.      Not anything out of the normal that

22  anybody else has, nothing professional or

23  specific.

24          The reason I went to get the paper

25  towels was I was at least try -- I don't know